Exh A

# BIG M CHEVROLET
704 NORTH DIXIE BLVD · RADCLIFF, KY 40160
(270) 351-4454

PURCHASER'S NAME: BAILEY KAY BROWN
EMAIL ADDRESS: XOBAILEYK@GMAIL.COM
PURCHASER'S NAME: ___
EMAIL ADDRESS: ___
ADDRESS: 317 SYCAMORE ST
CITY: ELIZABETHTOWN
STATE: KY
ZIP CODE: 42701
PHONE: (270) 735-5770
DATE OF BIRTH: 05/15/1995
TODAY'S DATE: 04/30/2024
DATE OF DELIVERY: 04/30/2024

PLEASE ENTER MY ORDER FOR:
- MAKE: CHEVROLET
- MODEL: EQUINOX
- NEW
- YEAR: 2024
- BODY STYLE: 4H
- COLOR: GRAY
- MILES: 43
- STOCK NUMBER: C5036
- SERIAL NUMBER: 3GNAXMEG4RL231570
- SALESMAN: GAVIN BAXLEY

## INSURANCE COVERAGE
- COMPANY: PROGRESSIVE
- AGENT: N/A
- ADDRESS: N/A
- PHONE: N/A
- COLLISION: 0.00
- COMP.: 0.00
- LIABILITY: ☐

### FILL OUT THIS PORTION IF USED CAR TO BE TRADED IN
- YEAR: 2014
- MAKE: AUDI
- MODEL: Q5
- B/S:
- COLOR: BLACK
- SERIAL NUMBER: WA1LFAFP2EA006884
- BALANCE OWED TO:
- ADDRESS:
- MILEAGE ON TRADE: 116928

| | | |
|---|---|---|
| NEW OR USED VEHICLE MRSP SELLING PRICE | | 35125.00 |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| GM CONSUMER CASH/NCC | | 500.00 |
| GM BONUS CASH/QFV | | 1000.00 |
| GM HEALTHCARE/GHC | | 500.00 |
| USED CAR ALLOWANCE | 6225.00 | |
| BALANCE OWED ON USED CAR | N/A | |
| TAX LIENS | N/A | |
| NET EQUITY ON USED CAR | 6225.00 | |
| CASH ON DELIVERY | N/A | |
| REBATES | 2000.00 | |
| TOTAL SALE PRICE OF VEHICLE (OPTIONS & ACCESSORIES) | | 35125.00 |
| TOTAL CREDIT (TRANSFER TO RIGHT) → | 8225.00 | TOTAL CREDIT (TRANSFERS FROM LEFT COLUMN) 8225.00 |
| SUB-TOTAL | | 26900.00 |
| ESTIMATED STATE TAX | | 1448.25 |
| LIEN FILING FEE | | 100.40 |
| VIN ETCH | | N/A |
| NOTARY, CONSUMER SERVICE AND PREPARATION, ESTIMATED LICENSE FEE | | 399.00 |
| BALANCE DUE, CASH OR FINANCED | | 28937.65 |

### WARRANTIES
Any warranties on the vehicle sold hereby are those which may be made by the manufacturer. The Seller dealer, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose and disclaims any liability for any consequential damages, damages to property, damages for loss of use, loss of time, loss of profits, or income, or any other incidental damages, and dealer neither assumes nor authorized any other person to assume for it any liability in connection with this sale.

### USED VEHICLE DISCLAIMER
It is expressly agreed that there are no warranties, expressed or implied, made by dealer on any used vehicle sold.
The information you see on the window form - BUYERS GUIDE for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

### PROCESSING FEE
A processing fee is not an official fee and is not required by law, but may be charged to a buyer for the handling of documents and the performing of services related to the closing of a sale. A buyer may avoid payment of the fee by handling these documents and performing these services, under criteria set forth by dealer.

### IMPORTANT READ BEFORE SIGNING
I HAVE READ THE CONDITIONS OF SALE ON THE BACK HEREOF AND AGREE TO IT AS A PART OF THIS ORDER THE SAME AS IF IT WERE PRINTED ABOVE MY SIGNATURE. THE FRONT AND BACK HEREOF COMPRISE THE ENTIRE AGREEMENT AFFECTING THIS ORDER AND NO OTHER AGREEMENT OR UNDERSTANDING OF ANY NATURE CONCERNING SAME INCLUDING ORAL PROMISES MADE BY SALES PEOPLE HAS BEEN MADE OR ENTERED INTO. I HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF ORDER. ORDER SUBJECT TO PRESENT AND FUTURE GOVERNMENT REGULATIONS. I FURTHER CERTIFY THAT I HAVE READ AND ACCEPTED ALL THE PROVISIONS SET FORTH ON THE FRONT AND BACK OF THIS CONTRACT. I AUTHORIZE AN INVESTIGATION OF MY CREDIT AND EMPLOYMENT HISTORY AND THE RELEASE OF INFORMATION ABOUT MY CREDIT EXPERIENCE. THIS ORDER IS NOT BINDING UNTIL ACCEPTED BY DEALER.

PURCHASER'S SIGNATURE: /s/ Bailey Brown
PURCHASER'S SIGNATURE: ___
ACCEPTED BY: ___
DATE: 04/30/2024
TITLE: ___
SUBJECT TO CREDIT APPROVAL