*ELECTRONICALLY FILED*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| **BAILEY BROWN** | ) | |
| | ) | |
| **Plaintiff,** | ) | **3:25-cv-00242-RGJ** |
| | ) | |
| **VS.** | ) | |
| | ) | |
| **BIG M ON DIXIE, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

Comes the Defendant, Big M on Dixie, LLC ("Big M"), and hereby moves this Honorable Court for an extension of time to answer or otherwise respond to the Complaint filed by the Plaintiff, Bailey Brown ("Ms. Brown"), up to and including June 11, 2025.

As grounds for said motion, the undersigned states that while he normally acts as counsel for Big M in litigation matters, there may be applicable insurance that will provide a defense for Big M, and a coverage decision has not yet been made. If applicable insurance ultimately provides a defense, then the undersigned should take no action which would or could arguable vitiate coverage or cause Big M to incur unnecessary attorney fees.

The undersigned further states that he has conferred with counsel for Ms. Brown, and she does not oppose the granting of the instant motion.

Wherefore, Big M respectfully requests that this Honorable Court grant the instant motion and enter the attached order giving it up to and including June 11, 2025, to answer or otherwise respond to Ms. Brown's Complaint.

1

Respectfully submitted,

/s/ Ambrose K. O'Bryan
Ambrose K. O'Bryan
Skeeters Bennett Wilson & Humphrey
550 W. Lincoln Trail Blvd.
Radcliff, KY 40160
(270) 351-4404
abe.obryan@sbwhlaw.com
*Counsel for Big M*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2025, via the Court's electronic filing system, I filed and served the foregoing upon all counsel of record.

/s/ Ambrose K. O'Bryan
Ambrose K. O'Bryan