**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| **BAILEY BROWN,** | **Case No.: 3:25-cv-00242 RGJ** |
|         **Plaintiff,** | |
|     **vs.** | **Judge Rebecca Jennings** |
| **BIG M CHEVROLET, LLC., et al.** | **Notice of Commencement of Arbitration** |
|         **Defendants**. | |

Pursuant to the Court's Order [Doc. 21], **PLEASE TAKE NOTICE THAT PLAINTIFF,** has commenced arbitration through the filing of a demand for arbitration on September 18, 2025 with the Judicial Arbitration and Mediation Services (JAMS) which was assigned case no. **5340001830.**

    **Exh "A" Summary of Filing**

    **Exh "B" Summary of Claims**

                         Respectfully submitted by:

                         */s/Steven C. Shane*
                         Steven C. Shane (0041124 Ohio Bar)
                         P.O. Box 73067
                         Bellevue, Ky. 41073
                         (859) 431-7800
                         (859) 431-3100 direct dial
                         shanelaw@fuse.net

                         and

*/s/ Gregory I. Thompson*
GREGORY I. THOMPSON
*Attorney at Law*
Thompson & Shreve PLLC
200 South Main Street
Elizabethtown, KY 40121
(270) 737-1125
Fax (270) 769-6801

Trial Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Steven C. Shane*
Steven C. Shane