**Demand For Arbitration - Bailey Brown vs. Big M On Dixie, LLC. dba Big M Chevrolet #5340001830**

Exhibit A

**Submission Date: 9/18/2025**

### 1. JAMS Local Center

JAMS resolution center    Requested Hearing Location

Chicago, Illinois

### 2. Rules & Fees

Arbitration Rules

JAMS Comprehensive Arbitration Rules and Procedures

Filing & Submission Fees

⊙ Consumer is submitting party and pays no more than $250 . Company pays the balance of filing fee.

---

### 3. Claimant(s)

1. Bailey Brown
   Big M On Dixie, LLC dba Big MChevrolet
   317 Sycamore St.
   42701 Elizabethtown KY
   (270) 735 5770
   XOBailey@gmail.com

### Claimant Representatives

A. Gregory Thompson
   Thompson Schreve PLLC
   Ky 84072KY
   200 South Main St
   42701 Elizabethtown KY
   (270) 737-1125
   git@thompsonlaw.org

B. Steven Shane
   Shane Law Office
   0041124OH
   P.O. Box 73067
   41073 Bellevue KY
   859 431-7800
   shanelawlaw@fuse.net

---

### 4. Respondent(s)

### Respondent Representatives

Exhibit A

1. Big M On Dixie, LLC. dba Big M Chevrolet
   704 North Dixie Blvd
   40160 Radcliffe KY
   (207) 351-4454

   A. Dywer John
      WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
      KY
      100 Mallard Creek Rd., Suite 250
      40207 Louisville KY
      (502) 238-8500
      john.dwyer@wilsonelser.com

   B. Cyrus Dutton
      WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
      KY
      100 Mallard Creek Rd., Suite 250
      40207 Louisville KY
      (502) 238-8500
      cyrus.dutton@wilsonelser.com

2. Michael Coffman

3. Jessica Dun

4. Justin Collins

5. Trey Russell

6. Gavin Baxley

## 5. Nature of Dispute

Consumer's claims are described in detail in the attachment below

Amount in Controversy $

- [Claims.pdf](Claims.pdf)   Claims/Responses/Counterclaims

## 6. Agreement

Arbitration Provision is contained on page 4 of the attached Retail Installment Sales Contract below

Exhibit A

- Blazer RISC.pdf    Exhibits

### 7. Consumer & Employment

⊙ YES, this is a CONSUMER ARBITRATION

### 8. Submission information

Name     Steven Shane
Address     PO Box 73067
Zip Code     41073
City     Bellevue
State     KY
Phone     859 431-7800
E-mail     shanelaw@fuse.net