UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **BAILEY KAY BROWN**<br><br>**Plaintiff**<br><br>v.<br><br>**BIG M ON DIXIE, LLC.,**<br>**DBA Big M Chevrolet**<br>**c/o R. Terry Bennett,**<br>**statutory agent**<br>**550 West Lincoln Trail Blvd.**<br>**Radcliff, KY 40160**<br><br>**Defendant** | Case No. 3:25-cv-00242-RGJ |

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

## Joint Status Report

In accordance with paragraph 8 of the Court's September 19, 2025, Order of Consolidation, Administrative Dismissal, and Ordering Arbitration [DE 21], the parties report that arbitration has been commenced with JAMS and Hon. James E Snyder (Ret.) was appointed as arbitrator on December 8, 2025..

Respectfully Submitted,

| | |
|---|---|
| */s/ John H. Dwyer, Jr.*<br>John H. Dwyer, Jr.<br>Wilson, Elser, Moskowitz, Edelman<br>& Dicker LLP<br>100 Mallard Creek Road, Suite 250<br>Louisville, KY 40207<br>Telephone: 502.238.8500<br>Facsimile: 502.238.7844<br>John.Dwyer@wilsonelser.com<br>*Counsel for Defendant, Big M on Dixie* | */s/ Steven C. Shane by permission*<br>Steven C. Shane<br>P.O. Box 76067<br>Bellevue, KY 41073<br>shanelaw@fuse.net<br>*Counsel for Plaintiff* |

1

312294309v.1