**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**BAILEY KAY BROWN**
**Plaintiff**                    ::          **Case No. 3:25CV242, 349 RGJ**

**vs.**                          ::

**BIG M ON DIXIE, LLC.,dba Big M**       ::
**Defendant**

---

**ORDER ON CLAIMANT'S MOTION TO ENFORCE ARBITRATOR-ISSUED
SUBPOENA, COMPEL COMPLIANCE, AND REQUIRE WESTLAKE SERVICES, LLC
d/b/a WESTLAKE FINANCIAL SERVICES TO SHOW CAUSE**

This matter having come before the Court on Claimant, Bailey Brown's, Motion to Enforce Arbitrator-Issued Subpoena, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED as follows:

1. Westlake Services, LLC d/b/a Westlake Financial Services shall appear and show cause on _____, 2026, at _____ .m., before the undersigned, why it should not be compelled to comply with the arbitrator-issued subpoena dated March 26, 2026.

2. Westlake shall file any written response by _____, 2026.

3. Unless otherwise ordered, Westlake shall produce all non-privileged documents responsive to the subpoena no later than _____, 2026.

SO ORDERED on this ____ day of _____, 2026.

_____
JUDGE, US District Court, Western District
of Kentucky, Louisville Division

Tendered by:
*/s/ Gregory I. Thompson*
Gregory I. Thompson
THOMPSON & SHREVE PLLC
*Counsel for Claimant, Bailey Brown*