**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:25-CV-00242-RGJ-CHL**

**BAILEY KAY BROWN,**                                                                           **Plaintiff,**

**v.**

**BIG M ON DIXIE, LLC,**                                                                      **Defendant.**

**<u>ORDER</u>**

Before the Court is the Motion for Order to Show Cause filed by Plaintiff Bailey Kay Brown ("Plaintiff").  (DN 24.)  Plaintiff asserts that the arbitrator in the underlying arbitration proceedings has issued a subpoena to Westlake Services ("Westlake").  (*Id.* at PageID # 157.) Plaintiff further asserts that Westlake failed to produce documents as required by the subpoena. (*Id.* at PageID # 158.)  Plaintiff thus requests that the Court issue an order to enforce the arbitrator-issued subpoena and to show cause as to why Westlake should not be held in contempt.  (*Id.* at PageID # 160.)  However, Westlake has filed a Response asserting that it has already produced the requested documents, thus rendering the Motion moot.  (DN 25, at PageID # 190.)  Plaintiff has not filed a Reply or otherwise disputed this assertion.  Therefore, the Court finds Plaintiff's request moot.

The Court also notes that Plaintiff's Motion does not include sufficient information for the Court to determine whether it has jurisdiction to rule on it.  Section 7 of the Federal Arbitration Act, under which Plaintiff seeks relief, requires that a person petition the court for the district in which the arbitrator is sitting for an order to compel compliance with a subpoena.  9 U.S.C. § 7. Plaintiff's Motion does not state what district the arbitrator is sitting in.  Therefore, if Plaintiff

2

seeks further relief from the Court, Plaintiff should include sufficient information for the Court to make any requisite jurisdictional findings.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion (DN 24) is **DENIED AS MOOT**.  If Plaintiff seeks any further relief from the Court under 9 U.S.C. § 7, Plaintiff should include sufficient information for the Court to make any requisite jurisdictional findings.

July 28, 2026

cc:  Counsel of record

Colin H Lindsay, Magistrate Judge

United States District Court

2