**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:25-CV-00242-RGJ-CHL**

**BAILEY KAY BROWN,** **Plaintiff,**

**v.**

**BIG M ON DIXIE, LLC, et al.,** **Defendants.**

# ORDER

Based on the Court's prior order staying this case pending arbitration (DN 21),

IT IS HEREBY ORDERED that the September 14, 2026, telephonic scheduling conference is **REMANDED**.

The Court's prior order having directed the Parties to file continuing status reports every ninety days (DN 21) and the Parties having failed to do so after their December 19, 2025 (DN 23) status report,

IT IS FURTHER ORDERED that the Parties shall file a joint status report on the status of arbitration on or before **September 18, 2026**, and **every ninety days thereafter.**

September 10, 2026

ENTERED BY ORDER OF THE COURT:
COLIN H. LINDSAY
UNITED STATES MAGISTRATE JUDGE
JAMES J. VILT JR., CLERK
BY: /s/ Theresa L. Burch, Deputy Clerk

cc: Counsel of record