**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **BAILEY KAY BROWN**<br><br>**Plaintiff**<br><br>**v.**<br><br>**BIG M ON DIXIE, LLC.**<br><br>**Defendant** | **Case No. 3:25-cv-00242-RGJ** |

*** *** *** *** ***

# Second Joint Status Report

In accordance with paragraph 8 of the Court's September 19, 2025, Order of Consolidation, Administrative Dismissal, and Ordering Arbitration [DE 21] and the Court's September 10 Order [DE 29], the parties report that, since their first status report on December 19, 2025, they have participated in an initial management conference with arbitrator Snyder addressing procedure and scheduling. In accordance with the arbitrator's January 28, 2026, Order 1, the parties have been participating in discovery. A second Status Conference with arbitrator Snyder is scheduled for October 12, 2026. It is anticipated that a hearing date will be discussed at this conference.

Respectfully Submitted,

*/s/ John H. Dwyer, Jr.*
John H. Dwyer, Jr.
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502.238.8500
John.Dwyer@wilsonelser.com
*Counsel for Defendant, Big M on Dixie*

***Steven C. Shane (with permission)***
Steven C. Shane
Gregory I. Thompson
P.O. Box 73067
Bellevue, KY 41073
(859) 431-7800
(859) 431-3100 direct dial
shanelaw@fuse.net
git@thompsonlaw.org
*Counsel for Plaintiff*